MEMORANDUM OPINION

No. 04-06-00336-CV

Wayne BARNEY d/b/a Hill Country Paving ,

Appellant

v.

STATE FARM LLOYDS,

Appellee

From the County Court at Law, Kerr County, Texas

Trial Court No. CV-05-0212

Honorable Spencer W. Brown , Judge Presiding





PER CURIAM



Sitting: Catherine Stone , Justice

 Sarah B. Duncan , Justice

 Karen Angelini , Justice



Delivered and Filed: July 19, 2006



DISMISSED

 Before the court is appellant's motion for voluntary dismissal. Appellant's motion to dismiss is granted, and this appeal is
dismissed. See Tex. R. App. P. 42.1(a)(1). Costs of appeal are taxed against the appellant. See id. at (d). 

 PER CURIAM